## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IGNACIO ALFONSO SIERRA, *et al.*, | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-06-353 |
| | § | |
| COOPER TIRE & RUBBER | § | |
| COMPANY, INC., *et al.*, | § | |
|     *Defendants*. | § | |

### FINAL JUDGMENT

This case came before the Court for a final adjudication, the full names of the parties being as follows: Plaintiffs Ignacio Alfonso Sierra, individually, as representative of the estate of Jose Trinidad Ignacio Sierra Morales, and on behalf of all entitled to recover under the Texas Wrongful Death Act for the death of Jose Trinidad Ignacio Sierra Morales, Francisca Guevera Ortega, Jesus Eleazar Sierra Guevara, and Karla Yaneth Ortiz Loredo (hereinafter "Plaintiffs") and Defendant Cooper Tire & Rubber Company (referred to herein as "Cooper" or "Defendant");

    1.    All parties above appeared, announced ready for trial, waived a trial by jury, and announced to the Court a settlement that would fully and finally resolve all claims, demands, and causes of action that have been or could have been brought in this case by the Plaintiffs against the Defendant, including all claims for injuries and damages received by the Plaintiffs because of the incident made the basis of this lawsuit. The parties announced the consideration for the settlement had been paid in full.

    2.    The parties announced that the settlement was on a disputed claim, the Defendant having denied any liability to the Plaintiffs. The parties announced that the parties' agreement includes an agreement for the return of Confidential Materials defined in the Protective Order

entered in this case and that such Confidential Materials produced by Cooper are being returned to Cooper. The parties have requested from the Court a final judgment that the Plaintiffs take nothing from the Defendant and that all court costs be taxed against the parties incurring same.

It is ORDERED, ADJUDGED and DECREED that Plaintiffs TAKE NOTHING by reason of this suit against the Defendant and that all taxable costs of court shall be paid by the party incurring same.

It is further ORDERED, ADJUDGED and DECREED that the Defendant is fully relieved and discharged from all liability for the incident made the basis of this lawsuit.

It is further ORDERED, ADJUDGED and DECREED that the Plaintiffs are denied all relief against the Defendant not expressly granted by this Final Judgment, whether the relief was requested or whether it could have been requested in this lawsuit.

It is further ORDERED, ADJUDGED and DECREED that all relief requested or which could possibly be requested by any of the parties hereto which is not herein specifically granted is DENIED.

It is further ORDERED, ADJUDGED and DECREED that the incident made the basis of this lawsuit and the allegations in the lawsuit do not concern matters that have a probable adverse effect upon the general public health or safety, or the administration of public office, or the operation of government.

Signed at Houston, Texas on February 28, 2007.

_____
Gray H. Miller
United States District Judge